UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

ACTION NO. _____

***ELECTRONICALLY FILED***

SHAWN MICHAEL JUSTICE                                                             PLAINTIFF

VS.                                          **COMPLAINT**

DOLLAR GENERAL CORPORATION
       SERVE:    Corporation Service Company, Process Agent
                      421 West Main Street
                      Frankfort, KY 40601                                          DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Comes the Plaintiff, Shawn Michael Justice, by and through counsel, and for his claims and causes of action against the Defendant, Dollar General Corporation, states as follows:

1.  Plaintiff, Shawn Michael Justice, is and was at all times relevant herein, a resident of 1030 Meathouse Road, Canada, KY 41519.

2.  Defendant, Dollar General Corporation, is a foreign corporation doing business in the Commonwealth of Kentucky with its home office located at 100 Mission Ridge, Goodlettsville, Tennessee 37072, with its agent for service of process being Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

## BACKGROUND

3. Plaintiff adopts and reiterates each and every allegation as set forth herein and incorporates the same by reference.

4. On or about the 1st day of January, 2014, Plaintiff, Shawn Michael Justice, was a patron of the Dollar General store in Belfry, Kentucky, being store no. 9838, during the regular business hours for retail customers.

5. Defendant, Dollar General Corporation, and/or its agents, servants, employees, or representatives had a duty to maintain their premises, the Dollar General store in Belfry, Kentucky, in a reasonably safe condition for invitees.

6. Defendant, Dollar General Corporation, and/or its agents, servants, employees, or representatives negligently violated their duty to Plaintiff, Shawn Michael Justice, in that a dangerous condition existed in the Dollar General store in Belfry, Kentucky. Particularly, Defendant used a rock as a door stop at the entrance to the store as the proper door stop was missing. When the door was closed, the rock was left on the sidewalk, and Defendant knew that patrons, invitees of the store, would traverse on and around the sidewalk, and did not make safe the condition of the premises by ensuring that the rock was out of the path of patrons.

7. Defendant, Dollar General Corporation, and/or its agents, servants, employees or representatives knew or should have known that invitees entering and exiting the area

in which the dangerous condition was located would be unlikely to observe the dangerous condition and would be likely injured.

    8.  Defendant, Dollar General Corporation, and/or its agents, servants, employees, or representatives failed to adequately mark the dangerous area, to adequately post a warning concerning the dangerous area, or to adequately inform invitees of the presence of the dangerous area.

    9.  Upon information and belief, Defendant, Dollar General Corporation, and/or its agents, servants, employees, or representatives, were aware that the proper door stop was missing and that a dangerous condition existed, and failed to take steps to repair or otherwise make safe the premises.

    10.  That as a direct and proximate result of the negligence of Defendant, Dollar General Corporation, and/or its agents, servants, employees, or representatives, Plaintiff, Shawn Michael Justice, has suffered serious bodily injury and because of such serious bodily injury sustained, he has been caused pain, suffering, mental anguish, and inconvenience and will continue to endure such pain, suffering, mental anguish, and inconvenience in the future.

    11.  That as a direct and proximate result of the negligence of Defendant, Dollar General Corporation, and/or its agents, servants, employees or representatives, Plaintiff, Shawn Michael Justice, has incurred, and will incur in the future, medical expenses and physician expenses.

12. That as a direct and proximate result of the negligence of Defendant, Dollar General Corporation, Plaintiff has suffered a permanent impairment to his ability to earn money in the future.

13. That as a direct and proximate result of the negligence of Defendant, Dollar General Corporation, Plaintiff has been caused to suffer damages in excess of the jurisdictional limits of the United States District Court.

## COUNT II

14. Plaintiff adopts and reiterates each and every allegation set out herein and incorporate the same by reference.

15. That as a direct and proximate result of the negligence of the Defendant, Dollar General Corporation, Plaintiff has been caused to incur medical and physician expenses, and said expenses have worked to harm Plaintiff's credit rating.

WHEREFORE, Plaintiff respectfully demands as follows:

1. That the Clerk of this Court issue Summons to Defendant, Dollar General Corporation, Corporation Service Company - Process Agent, 421 West Main Street, Frankfort, KY 40601, and direct a copy thereof, along with a copy of this Complaint, to this Defendant.

2. Judgment against Defendant, Dollar General Corporation, in favor of Plaintiff, Shawn Michael Justice, said amount to be that which is to be determined as being fair and reasonable by all of the evidence, for the following elements of damage:

    A.    Past mental and physical pain, suffering, and inconvenience;

    B.    Future mental and physical pain, suffering, and inconvenience;

    C.    Permanent impairment of his ability to earn money;

    D.    Future medical expenses, and past medical expenses;

    E.    Miscellaneous expenses incurred by the Plaintiff including but not limited to travel expenses, necessitated by the negligent acts of the Defendant.

    F.    Past and future detrimental impact on Plaintiff's credit rating.

3. Pre-judgment and post-judgment interest;

4. Trial by jury;

5. Plaintiff's costs herein expended; and

6. Any and all other relief to which Plaintiff may appear to be entitled.

 

JOHNSON LAW FIRM, P.S.C.

BY:   s/ Barbara Tennille Newsome
Barbara Tennille Newsome
William R. Johnson
229 Main Street
P.O. Box 1517
Pikeville, KY 41502
(606) 433-0628
**ATTORNEYS FOR PLAINTIFF**